# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

FILED
U.S. District Court
District of Kansas
01/24/2026
Clerk, U.S. District Court
By: AS  Deputy Clerk

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.       CASE NO. 26-6020-01-GEB

**ADAM LEE OSBORN,**

    **Defendant.**

# CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

## COUNT 1

### INTERSTATE COMMUNICATIONS WITH A THREAT TO INJURE
### [18 U.S.C. § 875]

On or about January 23, 2026, in the District of Kansas, the defendant

**ADAM LEE OSBORN,**

did knowingly and willfully transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: a Facebook post threatening to kill Congresswoman Ilhan Omar.

In violation of Title 18, United States Code, Section 875(c).

# COUNT 2

**INFLUENCING, IMPEDING, AND RETALIATING
AGAINST A FEDERAL OFFICIAL BY THREATING
[18 U.S.C. § 115(a)(1)(B)]**

On or about January 23, 2026, in the District of Kansas, the defendant

**ADAM LEE OSBORN,**

did threaten to murder a United States official, to wit: Congresswoman Ilhan Omar, who is a United States Congresswoman, with the intent to impede, intimidate, and interfere with such federal official while engaged in the performance of official duties, and with intent to retaliate against such official, on account of the performance of official duties.

In violation of Title 18, United States Code, Sections 115 (a)(1)(B).

I further state that I am a Task Force Officer with the Federal Bureau of Investigations (FBI), and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein, and offered in support of a finding that probable cause exists to believe the defendant, ADAM LEE OSBORN, committed the offense set forth in this Complaint.

Paul Herman
TFO, FBI

2

Sworn to before me this 24nd day of January 2026, at Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that defendant, ADAM LEE OSBORN, committed the Offenses set forth in this Complaint.

<div style="display: flex; justify-content: space-between;">
<div>
_____
Gwynne E. Birzer
United States Magistrate Judge
</div>
<div>
*Gwynne E. Birzer*
_____
Signature of Judicial Officer
</div>
</div>

## **PENALTIES**

### **Count 1:  18 U.S.C. § 875(c)**

- Punishable by a term of imprisonment of not more than five years.  18 U.S.C. § 875(c).

- A term of supervised release of not more than three years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. §3571(b)(3).

- A mandatory special assessment of $100.  18 U.S.C. § 3013(a)(2)(A).

### **Count 2:  18 U.S.C. § 115(a)(1)(B)**

- A threatened assault carries a maximum sentence of six years; threatening to kidnap or murder carries a maximum sentence of ten years. 18 U.S.C. § 115(b)(4).

- A term of supervised release of not more than three years.  18 U.S.C. § 3583(b)(3).

- A fine not to exceed $250,000.  18 U.S.C. §3571(b)(3).

- A mandatory special assessment of $100.  18 U.S.C. § 3013(a)(2)(A).

# AFFIDAVIT IN SUPPORT OF
# APPLICATION FOR CRIMINAL COMPLAINT

I, Paul Herman, Detective of the Wichita Police Department and Task Force Officer of the Federal Bureau of Investigation, being duly sworn, state the following:

## INTRODUCTION

1.      This Affidavit is being offered in support of an Application for Criminal Complaint for ADAM LEE OSBORN a white male, for violation of Title 18, United States Code, Section 875(c), and Title 18, United States Code, Section 115(a)(1)(B).  I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), assigned to the Safe Streets Task Force and assigned to the Kansas City Field Division, Wichita Resident Agency since March 2016. I received my initial law enforcement training and instruction to become a law enforcement officer in 1994 at the Wichita-Sedgwick County Law Enforcement Training Center located in Wichita, Kansas where I received training concerning violations of criminal statutes as they relate to violations of the laws of the State of Kansas and the United States of America. After early assignments to various uniform assignments with the Wichita Police Department I was promoted to the rank of Detective and assigned to the Investigations Division in 2010. Since my promotion I have had the following assignments: 1) Night Investigations 2) DV/Sex crimes 3) Gang/Felony Assault 4) Homicide 5) Robbery and 6) FBI Safe Streets Task Force. As a Detective I have arrested numerous individuals for violating Federal and State statutes with regards to possession, manufacture and sale of controlled substances, weapons, and other illegal contraband violations.

The statements contained in this affidavit are based on information known to me as a result of my participation in this investigation or on information provided to me by witnesses or other law enforcement personnel involved in this investigation. The statements are also based upon the collective experience of other law enforcement personnel involved in this investigation and on my own training and experience as a Detective.

## PROBABLE CAUSE

2. On January 23, 2026, Facebook provided a voluntary emergency disclosure request with subscriber information from Facebook for user "Lee Mason" regarding a threat to kill Ilhan Omar. The post provided by Facebook shows user Lee Mason posted in white text with a purple background, "I'm going to kill Ilhan Omar" to their page. The subscriber information provided by Facebook included a phone number of 316-236-7816, and an IP address with a location in Wichita, Kansas and a Date of Birth for the user. Law enforcement database checks found phone number 316-236-7816 was associated with Adam Lee Osborn with the same Date of Birth that was listed with in the subscriber information and a photo of Osborn.

3. This voluntary disclosure request and database information was provided to the Kansas Bureau of Investigation for distribution. The Kansas Bureau of Investigation provided the information to the Wichita Police Department for action.

4. Adam Osborn was contacted at 1319 South Seville Avenue, Apartment #1, in Wichita, Sedgwick County, KS, by Wichita Police Officers. Adam was informed they would like to speak with him about Facebook posts that he made online and he immediately responded, without questions posed, that it was about "Ilhan Omar."

2

Officer Page responded, "those would be the ones," to which Adam responded, "Yeah, I wrote those."

5. In a post miranda interview, Adam at first stated that his posts that he makes on Facebook are his way of "venting," and assured us multiple times he had "no means of doing any of those things." I asked Adam if he recalled a post he had made in which he stated he was going to kill her, to which he responded "yes." When asked what he meant by that, Adam began advising of reasons why he did not like Ilhan, i.e. due to her disrespect for the United States and using God's name in vain. When asked what he meant by "kill," Adam advised he was "just making a statement" and that he "doesn't have the means to carry it out." Adam stated that he was legally blind and didn't have any weapons. Adam was asked about the photo of the AR-styled rifle and stated that it was a friend's that lived in Shefford County, but he did not own a firearm.

6. During the interview, Adam referred to Ilhan Omar as a "camel, jockey, raghead bitch" and stated that "someone needs to do something to 'em." Adam also referred to the newly elected mayor of New York, Mayor Mamdani, and stated that "someone needed to take his sorry ass out too, and they need to."

7. Officer Tucker stated to Osborn that his words sounded like he wanted Ilhan Omar and Mayor Mamdani killed. Adam stated that he "wouldn't mind if they were killed." When asked if Adam wanted to kill them himself he stated that he "doesn't have the means." Adam stated that he had no means of transport by land vehicle and wouldn't be able to make it to an airport. Adam advised he was stating these things

3

to "maybe provoke someone to handle business." Adam stated that by "handle business" he means to "take 'em out." Adam stated that by "take 'em out" he means to "kill them."

8. Per publicly available media, no datacenter services FACEBOOK within the State of Kansas.

Further Affiant Saith Naught.

_____
PAUL HERMAN
FBI Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me this this 24th day of January, 2026.

_____
HONORABLE GWYNNE E. BIRZER
United States Judge
District of Kansas

4