# UNITED STATES DISTRICT COURT

for the

## District of Kansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Adam Osborn | ) | Case No.   26-M-6020-01-GEB |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Adam Osborn          ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment    ❑ Superseding Indictment   ❑ Information   ❑ Superseding Information   ☑ Complaint
❑ Probation Violation Petition   ❑ Supervised Release Violation Petition   ❑ Violation Notice   ❑ Order of the Court

This offense is briefly described as follows:

  Interstate Communications with a Threat to Injure and Retaliating Against A Federal Official by Threatening.

  See attached Complaint.


Date:   01/24/2026             *Gwynne E. Birzer*
                    *Issuing officer's signature*

City and state:    Wichita, Kansas      Honorable Gwynne E. Birzer, U.S. Magistrate Judge
                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   1/26/2026  , and the person was arrested on *(date)*   1/24/2026 at *(city and state)*   Wichita, KS  . |

Date:   1/26/2026            *Ryan S. Overcash*
                    *Arresting officer's signature*

                    *Printed name and title*

**RECEIVED**
**By US Marshals at 8:50 am, Jan 26, 2026**