COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 1/26/26

**FILED**
U.S. District Court
District of Kansas
01/26/2026
Clerk, U.S. District Court
By: __AS__ Deputy Clerk

United States of America,

  Plaintiff,

v.

Adam Lee Osborn,

  Defendant.

Case No. 26-6020-01-GEB

JUDGE: ☒ Birzer ☐ Severson
DEPUTY CLERK: ☒ Anderson ☐ Vaughn
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Wriedt
  ☐ Ping ☐ Rivera ☐ Vilaythong
  ☐ Sworn

AUSA: Matt Treaster
DEFENSE COUNSEL: David Freund
TAPE NO.: 1:54 - 2:01

## PROCEEDINGS

☒ Initial Appearance   ☐ Detention Hearing   ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3)   ☐ Preliminary Hearing   ☐ Pretrial Conference
☐ Sentencing   ☐ Change of Plea
☐ In-Court Hearing: _____
☐ Arraignment   ☐ Reading waived   ☐ Read to Defendant   ☐ Not Guilty Plea Entered

☒ Complaint ☐ Indictment ☐ Information ☐ Pet. Revoke Supervision ☒ No. Counts: 2 ☐ Forfeiture
☒ Felony   ☐ Misdemeanor
☒ Charges/Viols. and penalties explained to Defendant
☒ Constitutional rights explained
☒ Defendant affirmation/sworn   ☒ Examined re: financial status   ☒ Counsel appointed
☒ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: _____
☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

☒ Oral Motion by ☒ Government / ☐ Defendant for detention hearing; ☒ granted. ☐ denied.
☒ Oral Motion by ☐ Government / ☒ Defendant for continuance of detention hearing; ☒ granted. ☐ denied.
☒ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is ☐ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☐ Release ordered   ☐ Bond fixed at: $ _____   ☐ Continued on present bond/conditions
☐ Detention ordered   ☒ Remanded to custody

Defendant's next appearance: ☐ as directed before Judge _____
  ☐ per the Scheduling Order of Judge _____
  ☒ on 2/4/26 at 1:30 ☐ a.m. ☒ p.m. before Judge Severson (406)
  for ☒ detention hearing ☐ arraignment ☒ prelim hearing ☐ _____

NOTES: _____