# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

  v.                          CASE NO.  26-CR-10027-EFM

**ADAM LEE OSBORN,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

### INTERSTATE COMMUNICATIONS WITH A THREAT TO INJURE
### [18 U.S.C. § 875]

On or about January 23, 2026, in the District of Kansas, the defendant

**ADAM LEE OSBORN,**

did knowingly and willfully transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: a Facebook post threatening to kill Congresswoman Ilhan Omar.

    In violation of Title 18, United States Code, Section 875(c).

## COUNT 2

### INFLUENCING, IMPEDING, AND RETALIATING
### AGAINST A FEDERAL OFFICIAL BY THREATENING
### [18 U.S.C. § 115(a)(1)(B)]

On or about January 23, 2026, in the District of Kansas, the defendant

**ADAM LEE OSBORN,**

did threaten to murder a United States official, to wit: Congresswoman Ilhan Omar, who is a United States Congresswoman, with the intent to impede, intimidate, and interfere with such federal official while engaged in the performance of official duties, and with intent to retaliate against such official, on account of the performance of official duties.

In violation of Title 18, United States Code, Sections 115 (a)(1)(B).


January 28, 2026                            s/Foreperson
DATE                                        FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: Matt Treaster
MATT TREASTER
First Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: matt.treaster@usdoj.gov
Ks. S. Ct. No. 17473

> IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

**Count 1:  18 U.S.C. § 875(c)**

- Punishable by a term of imprisonment of not more than five years.  18 U.S.C. § 875(c).

- A term of supervised release of not more than three years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. §3571(b)(3).

- A mandatory special assessment of $100.  18 U.S.C. § 3013(a)(2)(A).

**Count 2:  18 U.S.C. § 115(a)(1)(B)**

- A threatened assault carries a maximum sentence of six years; threatening to kidnap or murder carries a maximum sentence of ten years. 18 U.S.C. § 115(b)(4).

- A term of supervised release of not more than three years.  18 U.S.C. § 3583(b)(3).

- A fine not to exceed $250,000.  18 U.S.C. §3571(b)(3).

- A mandatory special assessment of $100.  18 U.S.C. § 3013(a)(2)(A).